UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CLOUDFLARE, INC.,<br><br>　　　　Defendant. | Case No. 25-cv-10300-AGT<br><br>**ORDER TO PROCEED PSEUDONYMOUSLY**<br><br>Re: Dkt. No. 2 |

　　　The Court grants the plaintiff's request to proceed pseudonymously, on the condition that the defendant, after appearing, may move to unseal the plaintiff's name.

　　　**IT IS SO ORDERED.**

Dated: December 30, 2025

_____
Alex G. Tse
United States Magistrate Judge