UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>CLOUDFLARE, INC.,<br><br>　　　　　Defendant. | Case No.  25-cv-10300-AGT<br><br>**ORDER ON MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION**<br><br>Re: Dkt. No. 41 |

Plaintiff seeks leave to file a motion for reconsideration of the Court's order granting Cloudflare's motion to dismiss. Finding that Plaintiff hasn't identified "a material difference in fact or law . . . from that which was presented to the Court," "[t]he emergence of new material facts or a change of law," or "[a] manifest failure by the Court to consider material facts or dispositive legal arguments," Civil L.R. 7-9(b), the Court denies Plaintiff's request.

**IT IS SO ORDERED.**

Dated: July 10, 2026

_____

Alex G. Tse
United States Magistrate Judge